CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Kenneth Mason Granados**<br>DOB: 1992; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-00864MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) 1324(a)(1)(B)(i). | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about July 20, 2025, in the District of Arizona, **Kenneth Mason Granados**, knowing and in reckless disregard of the fact that a certain illegal alien, to include Cesar Gallegos Gonzalez had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On July 20, 2025, in the District of Arizona (Lukeville), at approximately 5:45 p.m., Border Patrol operated cameras observed a silver or gray SUV driving on El Camino De Dos Republicos Road (CDR). The area the vehicle was located in is one half mile north of the international boundary fence with Mexico. The IBF south of this area has recently opened up its flood gates due to monsoon season, and smugglers have been exploiting these openings to further illegal aliens across the border. Cameras maintained visual of the vehicle and observed it reversing, slowing, and pausing several times on CDR, eventually turning around and driving southeast towards the United States/Mexico border. Cameras briefly lost sight of the vehicle and then regained visual of it in a construction yard just north of the Port of Entry (POE). The construction yard is a restricted area and closed to the general public. The SUV then travelled north on State Route (SR) 85. Border Patrol cameras were able to maintain visual of the SUV and Border Patrol Agents (BPAs) in the area staged north along SR-85 waiting to try and intercept it. BPAs parked at mile marker (MM) 75 on SR-85 observed the vehicle as it passed them. The SUVs wheels were dusty which indicated it had been driving off road. BPAs got behind the vehicle and ran records checks on a 2024 Silver Mitsubishi Outlander bearing California license plate 9LZC415. Records checks came back to a rental vehicle. Rental vehicles are commonly used in smuggling operations due to the fact drivers do not have to risk using their personally owned vehicles. The vehicle had also crossed the border a short time earlier. BPAs initiated a traffic stop to conduct an immigration inspection. As BPAs approached, they noticed a driver and single passenger in the rear seat, which they thought was unusual. BPAs knocked on the rear window and the driver, later identified as **Kenneth Mason Granados,** lowered the rear window. The subject in the back seat appeared nervous and still had camouflage pants wrapped around his knees and legs. Camouflage clothing is often used by illegal aliens to help them avoid law enforcement while travelling in the desert and discarded once they get picked up to better blend in with the local population. BPAs conducted an immigration inspection. The rear passenger, later identified as Cesar Gallegos-Gonzalez, was a citizen and national of Mexico who was illegally present in the United States. **Kenneth Mason Granados** was placed under arrest for human smuggling.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Cesar Gallegos Gonzalez

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is*<br>*true and correct to the best of my knowledge.*<br><br>Sworn by telephone _x_ | SIGNATURE OF COMPLAINANT<br>*/signature/*<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*/signature/* | DATE<br>July 21, 2025 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Enderle

Continued from front page.                                                                                                   25-00864MJ

Material Witness Cesar Gallegos Gonzalez stated he had made arrangements to be smuggled into the United States for approximately $9,000 and paid $1,5000 up front.  He was to pay the remainder upon his arrival in Phoenix, Arizona. Before he crossed into the United States he met with the driver at a house in Mexico.  There he was introduced to **Granados** and shown a picture of the vehicle that would be picking him up.  He stated he illegally crossed the border on July 20, 2025 with the help of a foot guide. Gallegos was guided by scouts via cell phone once he crossed into the United States. After he made it to the pickup location **Granados** arrived and he got into the rear seat of his vehicle. Shortly after they were arrested by BPAs.